UNITED STATES DISTRICT COURT
OF THE
SOUTHERN DISTRICT OF ILLINOIS

ROY L. LAWHORN JR.,
                Plaintiff,                    )
                                              )
                                              )          25-73-SPM,
                                              )
            -V-                               )   Case No.
                                              )
                                              )
WEXFORD HEALTH SOURCES, INC. ET AL,           )
                Defendants,                   )


## CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

### (I) JURY DEMAND

NOW COMES the Plaintiff, Roy L. Lawhorn Jr, with this "Civil Rights Complaint pursuant to 42 U.S.C. §1983" requesting, that it be brought to this Honorable Court via a Trial by Jury.

This is a civil rights action filed by the Plaintiff, Roy L. Lawhorn Jr., a Illinois state prisoner at the Illinois Department of Corrections Prison, Big Muddy River Correctional Center, in Ina, Illinois, which plaintiff moves this Honorable Court to find in his favor for damages and injuctive relief under, 42 U.S.C. §1983, in which plaintiff is alleging excessive use of force and denial of medical care, in violation of the United States Constitution Eighth, (8th), Amendment. While the plaintiff was held in general population, where during the Covid 19 pandemic, staff ignored his medical condition while sick with Covid.

The plaintiff also alleges the Torts of Assault and Battery and negligence by defendants in continual acts of neglect of the plaintiff.

### (II) Jurisdiction

(1) The Honorable Court has complete jurisdiction over the Plaintiff's claims of the violations of his Federal Constitutional Rights under 42 U.S.C. §1983 as plaintiff is a State of Illinois Prisoner held in Southern Illinois at the Big Muddy River Correctional Center in Ina, Illinois.

(2) The Honorable Court has Supplemental Jurisdiction over the Plaintiff's State Law tort claims under 28 U.S.C. §1367.

### (III) PARTIES

(A) PLAINTIFF:
        (3) Roy L. Lawhorn Jr., Prison ID No. S01265
            Big Muddy River Correctional Center
            251 North Illinois Highway 37
            Ina, Illinois 62846

(4) Defendant, Wexford Health Sources, Inc.
501 Holiday Drive,
Foster Plaza Four
Pittsburgh, PA 15220
I.D.O.C. Private Health care provider Sued in official capacity.

(5) Defendant, Illinois Governor J. B. Pritzker
207 State Capitol
Springfield, IL 62706
(217)782-6830
Sued in official capacity under Doctrine of Respondent Superior.

(6) Defendant, Rob Jeffrey
Director of the Illinois Department of Corrections
1301 Concordia Court
P. O. Box 19277
Springfield, IL 62794-9277

Sued in official capacity under Doctrine of Respndent Superior.

(7) Defendant, Latoya Hughes
Acting Director of the Illinois Department of Corrections
1301 Concordia Court
P. O. Box 19277
Springfield, IL 62794-9277
Sued in official capacity under Doctrine of Respondent Superior.

(8) Defendant, Ms Christel Crow/ HVARRE

No.1 warden of Illinois Department of Corrections at Big Muddy
River C.C.
251 North Illinois Highway 37
Ina, IL 62846
Sued in official capacity under Doctrine of Respndent Superior.

(9) Defendant, Morris CCII, (first name unknown)

Illinois Department of Corrections Grievance Officer at Big Muddy
River C. C.

251 North Illinois Highway 37
Ina, II 62846
being sued in professional capacity as he made the decision to
deny plaintiff's grievance No. K55-0424-0072

(10) Defendant E. Shelton CCI,

Illinois Department of Corrections Grievance Officer at Big Muddy

River C. C.
251 North Illinois Highway 37
Ina, Il 62846
Sued in official capacity as he made the decision to deny
plaintiff's grievance No. K55-724-904

(11) Defendant C. Hall
Illinois Department of Corrections Counselor at Big Muddy River
C. C.
251 North Illinois Highway 37
Ina, IL 62846
Sued in official capacity as he made a decision to deny plaintiff's
grievance No. K55=0424-0072 which never came back from Health
care unit as of the date of this claim being filed.

who is the Clinical Services office Coordinator at the Illinois
Department of Corrections, Big Muddy River C. C.
251 North Illinois Highway 37
Ina, IL 62846
Sued in his/her official capacity as he/she responded to
plaintiff's grievance No. 7-12-23.

(13) Defendant Dr. Larson, (First name unknown)
Defendant Wexford Health Sources, Inc. Health care unit Doctor at
Illinois Department of Corrections Big Muddy River C. C.
251 North Illinois Highway 37
Ina, IL 62846
Sued in his official capacity as he is responsible to treat
plaintiff, who is an incarcerated individual at Big Muddy River
C. C. who is unable to get his own medical care while incarcerated.

## (IV) PREVIOUS LAWSUITS

(14) Have you began any other lawsuits in state or federal court while
you were in prison jail during either your current or a previous time in
prison or jail and have you brought any civil actions under 42 U.S.C. §1983?
No

(15) Failure to fully disclose your litigation history, including
"strikes" may result in sanctions that include dismissal of this action.

## (V) GRIEVANCE PROCEDURE

(16) Is there a prisoner grievance procedure in the institution? Yes
there is.

(17) Did you present the facts relatin to your complaint in the
prisoner grievance procedure?    Yes.

(18) What steps did you take? I filed the grievance as an emergency
grievance by placing it in the box in house 2 marked grievance and waited
for response regarding grievance, the grievance got forwarded to the chief
Administrator, No. 1 warden, Acting Warden HVaRRE, who agreed to grievance
No. 7-12-23 is an emergency grievance which was forwarded to Grievance
Officer who forwarded it to the Health care unit in the Illinois Department
of Corrections prison, Big Muddy River C. C. where grievance never got
returned, now fifteen, (15) months ago. (SEE EXHIBIT No. 1)

(19) What was the result? Grievance No. 7-12-23 is considered admitted
to as it is well outside the maximum return date for an emergency grievance
to be returned. Grievance No. 7-12-23 is missing still.(See EXHIBIT No. 2)

## (VI) STATEMENT OF CLAIM

(20) On February 2022 plaintiff, Roy L. Lawhorn Jr., had an allergic
reactionto his M.S. injections, that he received everyday, which the
allergic reaction continued for four,(4), days in a row, which plaintiff
ended up having to sign a self refusal. Because Defendant, Dr Larsom,
refused to discontinuethe M.S. injection which plaintiff was suffering an
allergic reaction.

of his M.S. from February until July 1, 2022, which these attacks caused
to suffer intense pain on right side of his head and also caused him to
suffer numbing on the left side of his entire body, blocking out his
ability to see.

(22) Plaintiff could not be seen by Dr. Larson for ten, (10), days.

(23) On July 11, 2022 plaintiff finally got to see defendant, Dr.
Larson, and was sent to Good Samaritan Hospital, where he was admitted
for a total of seven, (7), days, where he was given so many steroids that
he ended up becoming overdosed with the steroids to stop MS attack.

(24) Then due to the steroids, the plaintiff had to be overdosed with
insulin to get off of the massive amount of steroids he was being given.

(25) Plaintiff's blood sugar went dangerously high during the time
in the hospital, which caused him to suffer the loss of his vision, which
still today has not completely come back, causing him to soffer not having
full use of his eyesight.

(26) The neurologist recommended new glasses, which defendant,
Wexford Health Sources, Inc. at Illinois Department of Corrections prison,
Big Muddy River C. C. Health Care Unit denied to provide plaintiff with
new glasses, which has caused the plaintiff to suffer headaches, because
of his loss of vision and need for new glasses.

(27) During the summer months, plaintiff requested to get written
permission to be provided enough ice to use to help reduce his attacks of
MS, which is affected by high heat. Heat gets close to being 100 degrees,
which defendants refused to provide him with permission to get extra ice
to help lessen the effects of the high heat with his MS.

(28) My medication I had been getting, ran out including my pain
medication, Tylenol, Ibuprofen, my blood pressure medication, blood sugar
medication, such as Metformin, kidney medication and many other
medications that I can not remember the names of, which caused me to
suffer more health issues bringing me more pain and suffering.

(29) On or about 4-24-23, I started seeing a new neurologist, who
ordered tests, so I could start new medication. The MRI and appointment
with new neurologist cancelled by defendant, Wexford Health Sources, Inc.
and Big Muddy River C. C. in October, 2023.

(30) On or about 9-29-23, the MRI requested by my shoulder doctor
was denied and instead, defendant, Doctor Larson ordered physical therapy,
which caused me to suffer more pain as caused by my MS and lack of
medications.

prescription, as it was in July, 2022, which caused me to suffer major
headaches, because the prescription was not right.

(32) October 16, 2023, I had blood drawn by Illinois Department of
Corrections Health Care provider, defendant Wexford Health Source, Inc.,
for blood thinner, which I have never been on blood thinners. I was told
by Health Care staff that I should not be having my blood drawn for blood
thinners, as I have never been on any medication of blood thinners.

(33) On November 17, 2023, I got sent out to the shoulder doctor and
orthopedic doctor in Mount Vernon, who ordered for the second, (2nd), time
a MRI of my shoulder, which had been dislocated by the tactical team,
known as Orange Crush, back in 2013, and again 2019, when they came to
shakedown Big Muddy River C. C., which I had to put back in by the nurse,
causing me to have shoulder damage, causing pain in my shoulder for years
to come. No treatment during Covid.

(34) In November, 2023, I got Covid and could not get any medical
treatment to ease the virus, being left for dead by medical staff, in
quarantine, where my c/o's looked in on me, and nurses told me "No", when
I requested medication to help relieve the headaches that I was having. I
requested to see defendant, Doctor Larson to get medication, and was told
"No" by nursing staff.

(35) On Monday, November 27, 2023 released from quarantine, and
received no test or medication, even though, I was still suffering
symptoms of pain, headaches, runny nose, cough, chest pain, very feverish
and stomach issues.

(36) Defendants, J. B. Pritzker, Rob Jeffrey, Latoya Hughes,
Ms Christel Crow, HVARRE and Wexford Health Sources, Inc. are held liable
for the medical neglect under the Doctrine of Respondent Superior as they
knew I was being mistreated by Big Muddy River C. C. staff and Wexford
Health Sources, Inc. and failed to make any effort to provide proper
adequate Health care equal to that, which I could get were I not
incarcerated under their care.

(37) Illinois Department of Corrections Director, Rob Jeffrey, and
acting Director Latoya Hughes, and the Illinois Governor, J. B. Pritzker
know that defendant, Wexford Health Sources, Inc. have a history of
mistreating Individuals in Custody under their care, and that many other
Individuals in Custody have died due to their mistreatment by Wexford's
staff, but still continue to keep them as the Illinois Department of
Corrections Private Healthcare povider, which is medical neglect of
Individuals in custody, which the medical

indi... ...pleted with proper correct treatment and medication, especially my continuous medical issues, which I am still suffering with today, and is the reason I am filing this claim, claiming a ongoing Medical Neglect of my Medical Issues.

(38) Defendants Morris CCII, E shelton CCI, C Hall, and Carrie C. McCowan are responsible to my Medical Neglect claim as they failed to properly uphold the grievance procedure herein this Illinois Department of Corrections Prison, Big Muddy River C. C., and I move to get my grievance properly processed.

(39) Defendant Doctor Larson, is held responsible as he actively refused to send me out to get a Mri test done and provide me with proper medication to help ease my pain and suffering. I've had to continually with over the last three (3) years, which I'm still suffering with.

## (VII) REQUEST FOR RELIEF

(40) Plaintiff, Roy L. Lawhorn Jr, respectfully request a preliminary Injunction be provided to him as:

(A) He will suffer "irrepairable injury" without an injunction, where Defendants are going to refuse to provide him with adequate medical care to help relieve his ongoing medical conditions. They have already ignored as described above.

(B) Plaintiff is likely to succeed on the merits and will probably win the case in the end.

(C) Plaintiff asserts that a "Preliminary Injunction" to be granted. The injunction as in the publics interest for officials, including prison personnel to obey the U. S. Constitution and other laws.

(41) Plaintiff, Roy L. Lawhorn Jr., request "Compensatory Damages" be awarded him due to injuries, he has already suffered at the hands of the Defendants in the amount of Five Million Dollars ($5,000,000.00) per Defendant.

(42) Plaintiff, Roy L. Lawhorn Jr., also requests "Punitive Damages" also known as "Exemplary Damages" be filed against Defendants for their conduct, in which they have caused the Plaintiff to suffer ongoing injuries at their hands.

(43) Plaintiff, Roy L. Lawhorn Jr., also requests "Nominal Damages" be awarded him as this Honorable Court deems as proper.

## (VIII) JURY DEMAND

(44) Plaintiff respectfully requests a trial by Jury be provided him.

I, Roy L. Lawhorn Jr, certify to the best of my knowledge, information and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure, (Fed.R.Civ.P). The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on Date: _1-17-25_

Signature of Plaintiff: _____

Printed Name: Roy L. Lawhorn Jr.

Prisoner Registration No.: S01265

Facility Name: Big Muddy River Correctional Center

      Address: 251 North Illinois Highway 37

City, State, Zip Code: Ina, Illinois 62846

Phone No.: (618)437-5300

CERTIFICATE OF SERVICE

I certify that a copy of this claim, 42 U.S.C. §1983, Motion to Proceed as a Poor Person, and Motion Requesting the Appointment of Counsel was mailed to the Clerk of the Court, United States District Court, Southern District of Illinois at 750 Missouri Avenue, East St. Louis, IL 62201 on

Date: 1-17-25

Signature: _____

Print or Type Name: Roy L. Lawhorn Jr.

EXHIBIT No. 1

| | | | |
|---|---|---|---|
| Inmate Id: | S01265 | Ret Form Ind: | |
| Name: | LAWHORN, ROY JR | Modify Ind: | ▼ |
| Chair Code: | BERI ▼ | Deny Ind: | ▼ |
| Grv Type: | L ▼ | Favorable Ind: | ▼ |
| Grv Code: | MEDICAL ▼ | Deferred Ind: | ▼ |
| Receive Date: | 08/05/2024 | Moot Ind: | ▼ |
| Hearing Date: | 00/00/0000 | Resolved Ind: | ▼ |
| Mailing Date: | 00/00/0000 | Grievance Number: | K55-724-904 |
| Grv Loc: | BIG MUDDY RIVER CC ▼ | Incident Number: | |
| Hearing Loc: | BIG MUDDY RIVER CC ▼ | Incident Date: | 00/00/0000 |
| | | Incident Inst: | ▼ |
| | | Date Receipted: | 08/12/2024 |

**Comments:** E-GRV #K55-724-904 & DTD 6/30/24. GRVS MED TX INVOLVING LYME DISEASE; RECEIVED RESULTS FROM BLOOD TEST FOR TEST ON 6/6/24 STATING NEGATIVE BUT TO CONSIDER ANOTHER TEST. REQUESTS IT TO BE SENT TO IGENEX.

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

### Grievance Officer's Report

| | | |
|---|---|---|
| **Date Received:** 07/03/2024 | **Date of Review:** 07/15/2024 | **Grievance #:** K55-724-904 |

**Individual in Custody Name:** Lawhorn, Roy    **ID#:** S01265

**Nature of Grievance:**

**Medical Treatment**

**Facts Reviewed:**

Individual grieves that his Neurologist sent a request to BMRCC Healthcare before August 2023 asking for a Lyme Disease blood test, and individual claims that Healthcare results that were given were inaccurate and healthcare is neglecting his medical needs because they will not send blood work to I Gene X Laboratory.

Relief Requested: For Dr. Larson to stop the neglect, abuse, and mistreatment and that Healthcare send blood test to I Gene X.

A review of all available information concerning the Individual's in Custody allegations have been concluded. Per Healthcare Unit Administrator, Kerley "I have received your grievance and reviewed your medical file. We do not take requests on which facility diagnostic labs will be sent to. All ordered labs have been completed and are resulted. While I understand that some symptoms of Lyme's Disease can mimic symptoms of MS, you were diagnosed with MS 27 years ago. You were seen by Dr. Guyton on 1/11/24. He did not report any suspicion of Lyme's Disease, but does report that you have worsening symptoms of MS. In April, Neurology requested additional labs to be performed so that you can start on a new medication (Zeposia) to help with your worsening neurological deficits. These labs have been completed and sent to the neurologist office. We have requested your new prescription from Dr. Guyton but have not received it. You have a follow up appointment with Neurology in a couple of weeks. Please utilize request slips for nurse sick call or notify staff of any acute or worsening symptoms".

**Recommendation:**

Based upon a total review of all available information, it is the recommendation of this Grievance Officer that the Individual's in Custody grievance be Denied. A review of department rules and institutional policies indicate staff have followed all procedures. No evidence of wrongdoing can be substantiated.

E. SHELTON CC1

Print Grievance Officer's Name                    Grievance Officer's Signature

(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

### Chief Administrative Officer's Response

**Date Received:** 7/17/24    ☒ I concur    ☐ I do not concur    ☐ Remand

**Action Taken:**

Chief Administrative Officer's Signature                    7/17/24
Date

### Individual in Custody's Appeal To The Director

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature                    ID#                    Date

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)

DOC 0047 (Rev. 9/2022)

ILLINOIS DEPARTMENT OF CORRECTIONS
**Individual in Custody's Grievance**

Housing Unit _2C39_     Bed #

1st Lvl rec: _7-1-24_     2nd Lvl rec: _7-3-24_

| Date: _7-1-24_ | Individual in Custody (please print): Roy L. Lawhorn Jr. | ID #: 501265 | Race (optional): |

Present Facility: Big Muddy River C.C.     Facility where grievance issue occurred: BMRCC

**Nature of grievance:**

☐ Personal Property    ☐ Mail Handling    ☒ Medical Treatment    ☐ ADA Disability Accommodation

☐ Staff Conduct    ☐ Dietary    ☐ HIPAA    ☐ Restoration of Sentence Credit

☐ Other (specify)

☐ Disciplinary Report     Date of report _____     Facility where issued _____

L55-724-904

**RECEIVED**
JUL 01 2024
BIG MUDDY RIVER CC
CLINICAL SERVICES

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor
Chief Administrative Officer, only if EMERGENCY grievance
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Dr. Lori Guyton my Neurologist sent request to BMR Health Care before August 2023 asking for a Lyme Disease blood test to be done. On 8/07/2023 the blood was drawn by Nurse. Sent to U of I Hospital + Health Lab. Results returned to BMR Health Care or reported to 8/18/2023. I had sent a request to Health Care Debbie Isaacs and ask if Lyme Test could be sent to IGeneX Labs. Request was ☒ Continued on reverse

**Relief Requested:**

Dr. Larson to stop the Neglect, abuse + mistreatment. That Health Care Send Blood Test to IGeneX Dr. - Would Like to be Sent to Dr. Sauro at Solvera Health for a proper and accurate test. Solvera has Health clinics in Carbondale, IL Peoria, IL and Galesburg, IL. Want to see Dr. Guyton in Herrin, IL

☒ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☐ Check if this is NOT an emergency grievance.

Individual in Custody's Signature _____     ID# 501265     Date 6-30-24

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)     Date Received: _____     ☒ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to: Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

**Response:**

**RECEIVED**
JUL 03 2024
BIG MUDDY RIVER CC
GRIEVANCE OFFICE

Print Counselor's Name _____     Sign Counselor's Name _____     Date _____

Note to Individual in custody: If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance officer.

**EMERGENCY REVIEW:**     Date Received _7/2/24_

Is this determined to be of an emergency nature.

☒ Yes; expedite emergency grievance

☐ No; an emergency is not substantiated. Individual in custody should submit this grievance according to standard grievance procedure.

Chief Administrative Officer's Signature _____     Date _7/2/24_

Distribution: Master File; Individual in Custody     Page 1 of 2     DOC 0046 (Rev. 8/2023)

sent back saying that they had a qualified Lab to "complete" Test per Debbie Isaacs (See Attached Request) Since August 2023 I have ask Dr Larson several time what the results was. Dr Larson's Reply is always the same. "He says, He doesn't understand the Test results from their qualified Lab". He then tells me to ask Dr Guyton when I see Her Next. I've requested to see Dr Guyton repeatly since August 2023. I've been told repeatedly I am scheduled to see Her soon. June 26, 2024 st.11 have not seen Dr Guyton. I've Had MRI done of the Neck and Head. Also For her. Eye Dr. Requested me to see specialist for eye Test. No one will tell me the results. And no one will Schedule me to go out and see Dr. Guyton. So I request Copies of The Lyme Disease Test. On June 6, 2024 I received a Copy of Test results from Medical at Big Muddy. Test result are attached to this Grievance. They can be read. The Test results read that the Test they used has poor clinical Sensitivity for detection of the Borrelia Burgdorferi AKA (Lyme Disease). Says a negative result does not rule out the presence of PCR inhibitors = it below level of detection. Test NOT accurate according to the lab they sent it To. Test result says to consider another Test. A more Accurate test like IGeneX labs Dr. Larson Delays the testing "which is medical Neglect Also with the Lyme test result, the lab tested my blood for other. The Test result shows I am positive for J.C. Virus antibodies in my Blood. That I have been exposed to J.C. Virus at a undetermined time. My body has built Antibodies for J.C. Virus - John Cunningham Virus. J.C. Virus can be deadly if not Treated properly and Immediately. It CAN BE TREATED, But if it goes to the Brain it can turn fatal and kill me. OR If I do Survive, it can blasting Neurdogical Disability. People with weak Immune systems are in greater Danger. I've been diagnosed with M.S. (Multiple Sclerosis) and have a weak immune system. I am being neglect, abuse, mistreated by Dr. Larson + the Staff at Big Muddy Health Care. My Life is in Danger because of Neglect and Testing not being done to prevent a Deadly Virus. That can be Treated. The Lyme disease has been Newly discovered that Lyme Mimicks M.S. and others like ALS. The possibility that I have Lyme, the Proof my body has antibodies to JCV and should be Tested more by a accurate Test. Dr. Larson Refuses to read results and order the correct Test To be done to insure I have a greater chance at not having a Deadly Virus. J.C. Virus Turns To Progressive Multi Focal Leukoencephalopathy. (PML) if not proper Treated early in Virus. Deadly if Not.

Please refer to the directory located in your orientation manual and address proper personnel.

To ☐ Clinical Services   ☐ DAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office
☒ Health Care Unit   ☐ Other (specify) _Debbie Isaacs_ _Please_

for the purpose of (explain)
_I am asking for my Lyme Disease Test be sent to a_
_I-GENEX Lab - Please Google Lyme Disease Test Accuracy. It fits_
_ILADS guidelines_
Have you previously discussed this issue with a staff member?  ☐ No  ☐ Yes  If yes, name _OF TEST On Face And_
_ALS is Lyme_
_Aug 18 2023_
Individual in Custody's Signature                                                 Date

_INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE_

Remarks by staff (if necessary)
_Je have a qualified lab to complete_
_our testing per Debbie Isaacs Health Care_
_M. Morgenstein_      _M. Morgenstein_          _8/17/23_
Print Staff Name              Staff Signature                Date

Distribution: ☐ Place of Unit                                              DOC 0266 (Rev. 3/2020)

---

The normal Test is only 50% accurate. Its a all new
medical discovery. Dr. Roberta Vanzant in Morton IL
In 2019 the Lauren Russell Lyme Disease prevention and protection Law
was passed in the State of ILLinois. Its also Solvera Healthcare Le
Inc. Based in IL. Peorla, Galesburg, Carbondale.
Lyme Disease is Treatable, Issues go away. "People" get better
medical bills go down or go away. ?? Please check The info
I've giving. Thank you
God Bless



J.B. Pritzker
Governor

Latoya Hughes
Acting Director

### The Illinois Department of Corrections

1301 Concordia Court, P.O. Box 19277 • Springfield, IL 62794-9277 • (217) 558-2200 TDD: (800) 526-0844

Name: ROY LAWHORN

ID# : S01265

Facility: BIG MUDDY RIVER

8/19/24
Date

This is in response to your grievance received on __8/5/24__. This office has determined the issue will be addressed without a formal hearing. A review of the Grievance, Grievance Officer/CAO response to the grievance has been conducted. For a grievance that is direct review by the ARB, a review of the Grievance has been conducted.

**Your issue regarding:** Grievance dated: __6/30/24__    **Grievance Number:** K55-724-904    **Griev Loc:** BIG MUDDY RIVER

- ☑ Medical  Grieves Lyme Disease test results received on 6/6/24; requests to have a more accurate test done by IGenex labs
- ☐ Dietary
- ☐ Personal Property
- ☐ Mailroom/Publications
- ☐ Staff Conduct
- ☐ Commissary / Trust Fund
- ☐ Conditions (cell conditions, cleaning supplies, etc.)
- ☐ Disciplinary Report: Dated: _____ Incident # _____
- ☐ Other

**Based on a review of all available information, this office has determined your grievance to be:**

- ☐ Affirmed
- ☐ Denied, in accordance with DR504F, this is an administrative decision.
- ☑ Denied, this office finds the issue was appropriately addressed by the facility Administration.
- ☑ Other:  Medical treatment is at the discretion of licensed medical providers.

- ☐ Denied as the facility is following the procedures outlined in DR525.
- ☐ Denied as procedures were followed in accordance with DR 420 for removal/denial from/for an assignment.
- ☐ Denied as this office finds no violation of the grievant's due process in accordance with DR504.80 and DR504.30. This office is reasonably satisfied the offense cited in the report was committed.

FOR THE BOARD: *Rebecca Riggs*
Rebecca Riggs
Administrative Review Board

CONCURRED: *Latoya Hughes* cdcds
Latoya Hughes
Acting Director

CC: Warden, BIG MUDDY RIVER _____ Correctional Center
ROY LAWHORN _____ ID# S01265

*Mission: To serve justice in Illinois and increase public safety by promoting positive change for those in custody, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**

EXHIBIT No. 2

Grievance # P-12-23

Mon Dec 4 2023
Sent To Grievance

IN @ February 2022 had allergic reaction to M.S. Prod injections 4 days in a row. Had to self refuse. Doc refused to discontinue.

Had Attacks from M.S. From Feb until July 1 2022 had server Attack. Causes intence pain on right side of Head. and left side of entire body completly numb. Couldnt see Doc for 10 days. On 11 of July seen BidMuddy Dr. Larson. Was sent to Good Sam Hos. Admitted for 7 days. Overdosed with steriods to stop Attack. Then do to steriods had to be overdose with insulin. Blood Sugar going dangerously High. During Time in hospital - Lost Vision. Vision did not come back completly.

Nueroligist recommended new glasses. - Denied by BMR HCV. Head Aches because of Vision and need of glasses Through out year and months to come. request for Ice during heat of over 100°. Denied Though M.S. is effected by Heat in a bad way. Meds were ran out. I did with out all kinds of medication. (from Pain meds (Tyl, IBuprofen) causeing to Blood Preasure, Blood Sugar, Kidney + list goes on. Health issues Started seeing new Nuerologist. She ordered test so I could start new medication.

MRI and Appointment with nuerologist canceled by BMR Proc. in Oct 2023.

MRI even request by Shoulder Doctor. Denied - wants physical therapy by BMR Dr. Larson.

Oct 27 2023 Received New glasses. Wrong prescription. Took from July 2022 to Oct 2023 and wrong glasses. Headaches

From beginning of Nov 2023. Been sick. Head, chest runny nose. Covid Test Positive

Seen Nurse's repeatedly.

On Oct 16 Had blood drawn ~~for~~ for blood thiner.
I am not on blood thinners. Blood being drawn
for this was wrong and not needed for me
a big mistake was made.

Was Told by HealthCare I shouldn't be having
blood drawn for thiner.

The month of Nov 2023 having headache, coughing,
runny nose, chest pain, breathing trouble. Told
nurses repeatedly I was sick. Given IBProfen
+ Tylenol only.

On Fri Nov 17 went out to Shoulder Dr. the
Orthopedic Dr. in Mt. Vernon. He order for 2nd time
a MRT on shoulder.

That evening became sick, real sick, ask nurse
for meds. She did Covid Test. It was
Positive. Moved to 3-D. No Medication
to help with symptoms. Was not even check on
by Nurse Doctor or any Medical staff. Only 2nd
Shift C/o check on us/me. I called home
Family called this Place BMR. Then I had nurse
check Vitals on only me. ~~Put~~ On 21 Tues.

I received no morning meds from Nurse med 1ne
Told - "They were out of my Meds" - on 25 received
morning Meds

Had Sent request to Health Care as instructed by
nurse for, Cough Drops, Emergin C, and anything that
help get through Covid. Was told by nurse That
Only Doc can prescribe this. Ask to see doc.
Was told NO. by nurse. /

I was left lay for Dead in 3-P. No medical
help At all for any one with Covid.

Mon 27 2023
Was released from 3-D Quarantine with no test and
no medications. No follow up scheduled
Still in pain Headache, runny nose, cough, chest pains.
Feverish, stomach issues now.
given nothing and told nothing.

Was never offered a new variant Covid vaccine.
which could have prevented me from Covid.
I took the first wave of vaccine's and boosters
and never got Covid. This is total Neglect
on the IDOC and the Medical staff at
BMR. | The state Department all the way
up to the Governor knows that the Health
care provided for IIC in IL is neglecting
IIC of much needed and life saving medical
attention and medication.

Wexford medical is still allowed to medicaly
neglect and cause suffering of Pain as well
as mental and physical abuse. Our state
officals does nothing but "pass the buck"
Pass the responsability to others. ~~Anen~~
In the meantime IIC suffer. I have
Suffered Severe Pain, Mental + Physical
debelitating health issues do to continued
Medical Neglect. that could of been
prevented with correct Treatment and medications.

Over the counter medication can be given to help
ease the symptoms of Covid. IIC should be given
or have access to these medical supplies

End

New
update

May, June, July 2024 Toe issue. Dr Larson
refused to examin Toe - tochail.
ORDER Diabetic shoes size 13 wide. I said
they were to big. Refused to change order
6 wks shoes to big. Nurse Practitioner reordered
size 12. Waiting 6 wks for new pair. While
feet hurt. M.S.
M.S. meds - July 15 no M.S. meds. Turned
another Emergency Grievance in. About Lyme
and J.C. Virus. Told would see Dr Guyton my
Nuerologust "soon". Had blood drawn for
Dr. Guyton, unknown what test for and what
test results are.

Heat OveR 100° Heat index.
No fans for sale on Commissary as of
July 12, 2024

ILLINOIS DEPARTMENT OF CORRECTIONS
## RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE

| Grievance Officer's Report | | |
|---|---|---|
| Date Received: 04/19/2024 | Date of Review: 04/24/2024 | Grievance #: K55-0424-0072 |
| Individual in Custody Name: Lawhorn, Roy | | ID#: S01265 |

**Nature of Grievance:**

Other - Grievances

**Facts Reviewed:**

Individual states that he filed an Emergency Grievance concerning Medical Treatment on 12/4/23, but as of the date of this grievance(4/8/24) he has received no answer.

Relief Requested: That the HCU, IDOC, and the Governor respond and grant Relief Requested on Grievance #7-12-23.

A review of all available information concerning the Individual's in Custody allegations have been concluded. This Grievance Officer concurs with the Counselor's response. Grievance #7-12-23 was sent to the HCUA for review and response on 12/5/23. It is currently awaiting a response. HCU staff are updated frequently concerning outstanding grievances.

**Recommendation:**

This Grievance Officer recommends the Individual's in Custody grievance to be Denied, no evidence of wrongdoing can be substantiated.

A. Morris CC II
Print Grievance Officer's Name                    Grievance Officer's Signature
(Attach a copy of Individual in Custody's Grievance, including counselor's response if applicable)

| Chief Administrative Officer's Response | | |
|---|---|---|
| Date Received: 4/25/24 | ☑ I concur    ☐ I do not concur    ☐ Remand | |

**Action Taken:**

Chief Administrative Officer's Signature                    4/25/24 Date

| Individual in Custody's Appeal To The Director |
|---|

I am appealing the Chief Administrative Officer's decision to the Director. I understand this appeal must, within 30 days after the date of the Chief Administrative Officer's decision, be received by the Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277. (Attach a complete copy of the original grievance, including the counselor's response if applicable, and any pertinent documents.)

Individual in Custody's Signature        S01265 ID#        5-12-24 Date

copy

ILLINOIS DEPARTMENT OF CORRECTIONS
**RESPONSE TO INDIVIDUAL IN CUSTODY'S GRIEVANCE** (Continued)



Assigned Grievance #/Institution.                                    Housing Unit  R-2    Bed #

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec  4-11-24                                             2nd Lvl rec  4-11-24

| Date: 4-8-24 | Offender (please print): Roya Lawrence J. | ID #: 501265 | Race (optional): W |
|---|---|---|---|

| Present Facility: Big Muddy River C.C. | Facility where grievance issue occurred: Big Muddy River C.C. |
|---|---|

**Nature of grievance:**

☐ Personal Property          ☐ Mail Handling          ☒ Medical Treatment          ☐ ADA Disability Accommodation

☐ Staff Conduct             ☐ Dietary               ☐ HIPAA                      ☐ Restoration of Sentence Credit

☐ Transfer Denial by Facility   ☒ Other (specify): Health Care, IDOC, Governor

☐ Disciplinary Report

RECEIVED

456 0434-0073

Date of report _____  Facility where issued _____

APR 11 2024

CLINICAL SERVICES

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Search Record, etc.) and place in the designated locked receptacle marked "grievance":

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Mail to Administrative Review Board, only if the issue involves protective custody, involuntary administration of psychotropic drugs, issues from another facility except medical and personal property issues, or issues not resolved by the Chief Administrative Officer.

**Summary of Grievance** (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

Filed Emergency Grievance on 12-4-23 Warden deemed it
was Emergency and Grievance was Sent to Grievance Officer
on 12-5-23 I have Sent Request to Grievance Officer and ask
"whats up with Grievance # 7-12*23". The response was that Health
Care had not responded to the "7-12-23 Emergency Grievance
As of Today April 8, 2024 HealthCare and IDOC and Governor
has not responded to Emergency Grievance # 7-12-23

☒ Continued on reverse

**Relief Requested:**

Relief Requested is that the HealthCare, IDOC and the
Governor respond and grant me the Relief Requested
on the Emergency Grievance # 7-12-23. That They stop
Delaying and respond.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

☒ Check if this is NOT an emergency grievance

| Offender's Signature | 501265 | 4-8-24 |
|---|---|---|
| | ID# | Date |

(Continue on reverse side if necessary)

**Counselor's Response** (if applicable)   Date Received  4-11-24    ☐ Send directly to Grievance Officer

☐ Outside jurisdiction of this facility. Send to Administrative Review Board, PO Box 19277, Springfield, IL 62794-9277

Response:

Per Grievance Officer Morris, Grievance #7-12-23 has
been Sent to Medical and is awaiting a response.

RECEIVED

APR 19 2024

BIG MUDDY RIVER CC
GRIEVANCE OFFICE

| CHall | CHall | 4/5-24 |
|---|---|---|
| Print Counselor's Name | Sign Counselor's Name | Date |

**Note to offender:** If you disagree with the counselor's response, it is your responsibility to forward grievance with counselor's response to the grievance office.

**EMERGENCY REVIEW:**      Date Received _____

Is this determined to be of an emergency nature?

☐ Yes, expedite emergency grievance

☐ No, an emergency is not substantiated. Offender should submit this grievance according to standard grievance procedure.

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender's Grievance**

1st Lvl rec:

2nd Lvl rec:

This neglect just shows more of the neglect that Health Care, IDOC and Governor has been doing to Me in the Few years I have been in IDOC at Big Muddy River C.C.

Do They Have a time Limit TO Respond I have a Time Limit They have one Also

DOC 0046 (Rev. 01/2020)

ILLINOIS DEPARTMENT OF CORRECTIONS

## Individual in Custody Request

Individual in Custody Name: __Roy hawhorn Jr__    ID #: __S0/265__    Living Unit: __2-C-34__

Job Assignment: __Dietary__    Shift: __11p-7a__

**Please refer to the directory located in your orientation manual and address proper personnel.**

To:  ☐ Clinical Services    ☐ OAEVS    ☐ Vocational    ☐ Business Office    ☐ Record Office
     ☐ Health Care Unit    ☒ Other (specify): __Grievance Officer__    ☐ Placement Office

for the purpose of (explain);
__Can you Please let me know the response to my Emergency Grievance__
__# 7-12-23    Please + Thankyou__

_____

__P.LL__
Individual in Custody's Signature

Have you previously discussed this issue with a staff member?  ☐ No  ☐ Yes   If yes, name: _____

__12-29-23__
Date

_INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE_

Remarks by staff (if necessary):
__Waiting on response from Medical__

_____    _____
Print Staff Name                             Staff Signature

1-5-24
Date

Distribution:    Affected Unit    Printed on Recycled Paper    DOC 0286 (Rev. 3/2022)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Individual in Custody Request

Individual in Custody Name: _Roy L. Lashorn Jr_    ID #: _S01265_ Living Unit: _2-C-34_

Job Assignment: _Dietary_    Shift: _4p - 2a_

**Please refer to the directory located in your orientation manual and address proper personnel.**

To: ☐ Clinical Services   ☐ OAEVS   ☐ Vocational   ☐ Business Office   ☐ Record Office   ☐ Placement Office
☐ Health Care Unit   ☒ other (specify): _Grievance Officer - Grievance Officer_

for the purpose of (explain): _I filed Grievance # 7-12-23 first week of Dec. I received into from Grievance office on 1-3-24. Said still waiting. Whats up now ?_

Have you previously discussed this issue with a staff member? ☐ No   ☐ Yes   If yes, name: _____

▸ _JL22fl_    _Jan 24, 2024_
Individual in Custody's Signature    Date

**_INDIVIDUALS IN CUSTODY DO NOT WRITE BELOW THIS LINE_**

Remarks by staff (if necessary): _Sent to healthcare to respond thats_
_White WO._    _healthcare to respond thats_

_White WO._    _____
Print Staff Name    Staff Signature    Date

Distribution:   Affected Unit    Printed on Recycled Paper    DOC 0286 (Rev. 3/2022)

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S01265 | **Counseling Date** | 12/04/23 13:07:59:163 |
| **Offender Name** | LAWHORN, ROY L. JR | **Type** | Collateral |
| **Current Admit Date** | 11/20/2012 | **Method** | Grievance |
| **MSR Date** | 05/15/2029 | **Location** | BMR CLINICAL SERVICES |
| **HSE/GAL/CELL** | 02-C -34 | **Staff** | MCCOWEN, CARRIE C., Office Coordinator |

Received grievance marked EMERGENCY.  Assigned # 7-12-23.  Sent to warden for review.

## State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S01265 | **Counseling Date** | 12/05/23 13:18:10:137 |
| **Offender Name** | LAWHORN, ROY L. JR | **Type** | Collateral |
| **Current Admit Date** | 11/20/2012 | **Method** | Grievance |
| **MSR Date** | 05/15/2029 | **Location** | BMR CLINICAL SERVICES |
| **HSE/GAL/CELL** | 02-C -34 | **Staff** | MCCOWEN, CARRIE C., Office Coordinator |

Grievance # 7-12-23 deemed EMERGENCY.  Expedited to grievance officer for response

Filed Grievance on Healthcare
for No Response. On April 8, 2024

# State of Illinois - Department of Corrections

## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S01265 | **Counseling Date** | 12/04/23 13:07:59:163 |
| **Offender Name** | LAWHORN, ROY L. JR | **Type** | Collateral |
| **Current Admit Date** | 11/20/2012 | **Method** | Grievance |
| **MSR Date** | 05/15/2029 | **Location** | BMR CLINICAL SERVICES |
| **HSE/GAL/CELL** | 02-C -34 | **Staff** | MCCOWEN, CARRIE C., Office Coordinator |

Received grievance marked EMERGENCY.  Assigned # 7-12-23.  Sent to warden for review.

Print Date: 12/4/2023

# State of Illinois - Department of Corrections
## Counseling Summary

| | | | |
|---|---|---|---|
| **IDOC #** | S01265 | **Counseling Date** | 12/05/23 13:18:10.137 |
| **Offender Name** | LAWHORN, ROY L. JR | **Type** | Collateral |
| **Current Admit Date** | 11/20/2012 | **Method** | Grievance |
| **MSR Date** | 05/15/2029 | **Location** | BMR CLINICAL SERVICES |
| **HSE/GAL/CELL** | 02-C -34 | **Staff** | MCCOWEN, CARRIE C., Office Coordinator |

Grievance # 7-12-23 deemed EMERGENCY.  Expedited to grievance officer for response

# MEDICAL LAY - IN

DATE _____

TO _____
   (Housing Unit)

FROM _____ , R.N. _OMenees APRN_
     Health Care Unit

SUBJECT    MEDICAL LAY - IN

Please be advised that _Lawhorn, Roy_ # S06365 _____ has been issued a
                        (Inmate name and number)
Medical Lay - In for the following days _8/21/24 thru 8/25/24_____
_____.

Please be aware that Lay - In means an excused absence from work, school, or
program assignment. Lay - In also excludes Inmates from yard, gym, sports, and
movies for the duration of the Lay - In. Lay - In does not mean bed rest. If bed rest is
required, it will be specifically ordered. Only if and when bed rest is ordered will
medications and meals be delivered to the housing unit.

If you have questions regarding the above Lay - In, please contact on - duty nursing
staff in the Health Care Unit.

cc:    Inmate
       Dispensary

_Do To Neglect
and delay of
M.S. Medication
That Had been
ORDeRed for months
Zeposia_

DC 21 - 692
IL 426 - 7837