Medications I am taking daily

| Medication | Dose | Frequency |
|---|---|---|
| Jardiance | 25 mg | once - morning |
| Tylenol | 325 | 2 tabs 3 Times Day |
| Motrin | 400 mg | 1 tabs 3 Times Day |
| Excedrin Migraine |  | 2 Tabs 3 Times Day |
| Antivert | 25 mg | 1 tabs 3 Times Day |
| Urocit-K | 10 MEQ | 2 Tabs 2 Times Day |
| Lasix | 40 MG | 1 Tab Morning |
| Zyrtec | 10 MG | 1 Tab Morning |
| Prilosec | 20 MG | 2 Tabs Morning |
| Vitamin D-3 | (400 IU) 10 Mcg | 2 tabs Morning |
| Calan SR | 180 mg | 1 Tab Morning |
| Synthroid | 100 MCG | 1 Tab Morning |
| Tums | 500 MG | 1 Tab 3 Times Day |
| Lopressor | 100 MG | 1 Tab Morning |
| Lopressor | 50 MG | 1 Tab Night |
| Lipitor | 40 MG | 1 tab Evening |
| Ozempic |  | 1 shot weekly |
| Zipozia |  | 1 tab Daily |

Roy L. Lawhorn Jr   S01265

Signed x- [signature]
Date x- 1-17-25